UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | Violation: Title 26, United States Code, Section 7206(1) |
| | ) | |
| HUGO FIGUEROA | ) | |

The UNITED STATES ATTORNEY charges:

On or about April 15, 2017, in the Northern District of Illinois, Eastern Division,

HUGO FIGUEROA,

defendant herein, willfully made and subscribed and caused to be made and subscribed a United States Corporation Income Tax Return (Form 1120 and accompanying schedules) for Unique Cable Solutions, Inc., for the calendar year 2016, which return was verified by a written declaration that it was made under the penalty of perjury, and filed with the Internal Revenue Service, which return defendant did not believe to be true and correct as to every material matter, in that the return reported taxable income of $14,691 on Line 30, when defendant knew that the taxable income of Unique Cable Solutions, Inc. was substantially more than the amount reported;

In violation of Title 26, United States Code, Section 7206(1).

　　　　　　　　　　　　　　　　　　　　　　/s/ *John R. Lausch, Jr.*, by TCM
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY